## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 15-12576 |
| | } | |
| RANDY J. BROWN | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | JUDGE HOPKINS |

### DEBTOR(S)' CERTIFICATION REGARDING ISSUANCE OF DISCHARGE ORDER

Comes now the Debtor in the above captioned case and certifies as follows:

**1**. The Chapter 13 Trustee has filed a Certification of Final Payment in this case.

**2**. I have completed a financial management instructional course approved by the U.S. Trustee and have filed the certificate with the Court in accordance with Fed.R.Bankr.P.1007 (b)(7). (See doc. 60) provided by the following entity: (See 11 U.S.C. section 1328(g) and section 111).

> GreenPath, Inc.
> 38505 Country Club Drive
> Suite 210
> Farmington Hills, MI  48331
> (888) 860-4220

**3.** As of the date of this certification, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation. (See 11 U.S.C. section 1328(a) and section 101 (14A).)

OR

Note:  If the following is applicable, all information required in questions A through E must be provided.

**A**. As of the date of this certification, I have paid all amounts due under any domestic support obligation required by a judicial or administrative order, or by statute (including amounts due before this bankruptcy was filed, to the extent provided for by the plan). The name, address and telephone number of the holder of a domestic support obligation: (See 11 U.S.C. section 1302(d), section 101(14A) and section 1302(d) (1)):  **N/A**

**B**. The name, address, and telephone number of the State child support enforcement agency for this domestic support obligation:  **N/A**

    **C**. My most recent address:

        **3084 Watson Road**
        **Hamersville, OH 45130**

    **D**. The name and address of my/our most recent employer(s):

        **Huhtamaki, Inc.**
        **9201 Packaging Drive**
        **De Soto, KS 66018**

**E**. The name of each creditor that holds a claim that is not discharged under 11 U.S.C. §523 (a) (2) or (a) (4) or a claim that was reaffirmed under 11 U.S.C. §524(c):  **N/A**

**4.** I HAVE NOT received a discharge in a case filed under chapter 7, 11, or 12 of this title during the 4 year period preceding the date of the order for relief under this chapter (See 11 U.S.C. section 1328(f).) OR if such a discharge has been received, state the name of the court, case number, and date of discharge:  **N/A**

**5.** I HAVE NOT received a discharge in a case filed under chapter 13 of this title during the 2 year period preceding the date of the order for relief under this chapter. (See 11 U.S.C. sections 1328(f).) OR if such a discharge has been received, state the name of the court, case number, and date of discharge:  **N/A**

**6.** As of the date of this certification, I state that 11 U.S.C. section 522 (q) (1) is not applicable to our case and we do not have pending any proceeding in which I may be found guilty of a felony of the kind described in section 522(q) (1) (A) or liable for a debt of the kind described in section 522(q) (1) (B). (See11 U.S.C. section 1328(h).)

**By signing this certification, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in this Chapter 13 bankruptcy case. The Court may revoke my discharge if the statements relied upon are not accurate.**

(NOTE TO COUNSEL: PLEASE REVIEW THIS FORM VERY CAREFULLY WITH YOUR CLIENTS. REFER TO 11 U.S.C. SECTIONS 1302(d) and 1328.)

Date <u>December 4, 2018</u>                    <u>/s/ Randy J. Brown</u>
                                                            Debtor

Respectfully submitted,

/s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL
OH. Reg. 0067307
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio 45255
(513) 528-0200 Telephone
(513) 528-1762 Telecopier
Email: Greg@CincinnatiBankruptcy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certification by Debtor(s) Regarding Issuance of Discharge Order was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on December 4, 2018.

Office of the United States Trustee
CBLD Building, Suite 2050
36 East Seventh Street
Cincinnati, Ohio 45202

Ms. Margaret A. Burks, Esq.
Chapter 13 Trustee
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202

Mr. Randy Brown
3084 Watterson Road
Hamersville, OH 45130

/s/ Gregory M. Wetherall

_____
GREGORY M. WETHERALL